714

(April 2, 1943.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM KLEBER, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

EDITH KANE, Assignee of J. S. GISSEL, Doing Business as COLLIN & GISSEL, Appellant and Respondent, v. NEPTUNE SHIPPING LTDA., Respondent and Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

CARL J. HYMOWITZ, Appellant, v. JOSEPH A. RUTKIN, Doing Business as UNITED MEN'S SHOPS, et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

HOME LIFE INSURANCE COMPANY, Respondent, v. CHARLES F. HAGAN et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

NATIONAL TRANSPORTATION CO., INC., Appellant, v. EMERALD CAB CORPORATION et al., Respondents, et al., Defendants.— No opinion. Present — Martin P. J., Townley, Glennon, Dore and Cohn, JJ.

JULIE F. SHIPMAN, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, as Successor Trustee, Respondent and Appellant, JULIE F. SHIPMAN, as Executrix of EDSON BRADLEY, Deceased, Defendant-Respondent, and PERCY F. MELVILLE et al., Defendants, Appellants and Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

SHIRLEY JASON, Individually, and as Administratrix of the Estate of ALLAN JASON, Deceased, Appellants, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent v. JOSEPH SATEVICZ, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.